LAW OFFICE OF DARLENE ROHR
Katie R. Aul – CSBN 306491
Attorneys At Law
14111 Danielson Street, Suite 100
Poway, CA 92064

kaul@geico.com

*Attorneys & Support Staff are Employees of Government Employees Insurance Company*
Telephone:     858-513-5030
Fax:           858-513-5299

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT,

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEICO GENERAL INSURANCE COMPANY,<br><br>PLAINTIFF,<br><br>VS.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; JAMES WALTER CHEN; AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>DEFENDANTS. | CASE NO.<br>**COMPLAINT IN SUBROGATION FOR PROPERTY DAMAGES**<br><br>(MOTOR VEHICLE COLLISION)<br><br>Amount of Demand: $9,160.68<br><br><br>Trial date:  not set. |

Comes now Plaintiff GEICO GENERAL INSURANCE COMPANY, hereinafter "GEICO", who alleges the following by way of complaint in the above captioned matter:

PARTIES:

---

1. Plaintiff is, and at all times herein mentioned was, a corporation qualified to do business in the State of California as an insurance carrier.

2. Plaintiff's insured, the Shao family, was at all times herein the owner of a certain motor vehicle (hereinafter, "the insured vehicle"), which was insured for in pertinent part, liability, rental reimbursement, and collision coverage under a valid contract of insurance provided by Plaintiff. The insurance policy contract gives plaintiff the right to subrogate when benefits are paid out for collision payments and rental payments.

3. Upon information and belief, at all times hereinafter mentioned, defendant UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, (hereinafter "ICE"), was and is still a federal agency operating with employees, equipment and motor vehicles, in and around locations in California, including those located in Oakland, California.

4. Upon information and belief, at all times hereinafter mentioned, defendant JAMES WALTER CHEN, (hereinafter "CHEN"), was and is an individual believed to be employed by defendant ICE and was performing his job duties on or about October 25, 2019 when he was involved in a motor vehicle collision in Oakland, California.

5. Upon information and belief, at all times hereinafter mentioned, defendant CHEN was an agent, servant and or employee of and/or affiliated with defendant ICE.

JURISDICTION AND VENUE:

6. This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. §1346(b), as a consequence of the fact that the matter in controversy comes after a Federal Government Tort Claim Act and is between a corporation and a federal agency.

7. This Court has personal jurisdiction of the defendant ICE herein because ICE transacts business within the State of California and within this

district, ICE availed itself of the privilege of conducting activities within the state of California and this district, and ICE has engaged in activities giving rise to this lawsuit within the State of California and this district.

8. Further, defendant CHEN resided and/or was employed in the state of California at the time he was engaged in the activities giving rise to this lawsuit within the State of California and this district.

9. Venue is appropriate in this Court pursuant to 28 U.S.C. section 1391 (a)(b) because the defendants were transacting business in this district and a substantial part of the events giving rise to the claim occurred in this district.

AS AND FOR A FIRST, SEPARATE AND DISTINCT CAUSE OF ACTION:

10. Plaintiff repeats, reiterates and realleges each and every allegation of paragraphs 1 through 9, inclusive, of this Complaint, as if same were fully set forth herein at length.

11. Upon information and belief, on or about October 25, 2019, defendant CHEN was entrusted with a motor vehicle owned, controlled, maintained, and provided to him by his employer defendant ICE. Defendant CHEN is believed to have been operating said vehicle within the course and scope of his employment by defendant ICE.

12. Upon information and belief, on or about October 25, 2019, defendant CHEN operated a 2018 Ford pick-up truck, with California license plate number 8FKX879 at or near northbound Interstate 880, in Oakland, California in such a manner as to cause his vehicle to collide into a 2015 Honda Odyssey EX vehicle insured by plaintiff, causing damages to the Honda.

13. Upon information and belief, defendants, and each of them, their agents, servants, and/or employees so negligently owned, operated, controlled, maintained, entrusted, or serviced the 2018 Ford pick-up truck motor vehicle so as to cause it to collide with the insured vehicle 2015 Honda Odyssey EX.

14. By reason of the foregoing, Plaintiff's insured's Honda vehicle was damaged, and use of it was denied to Plaintiff's insured.

15. In accordance with the provisions of its policy of insurance, Plaintiff paid to or on behalf of its insured the sum of $9,160.68 in satisfaction of the loss. The amount herein stated includes an assigned claim from the insured for their out-of-pocket deductible of $500.00 for recovery in this action.

16. Upon information and belief, the foregoing damages to the plaintiff's insured's 2015 Honda Odyssey EX, paid for by plaintiff GEICO, were caused solely by virtue of the carelessness and negligence of defendants, and each of them, their agents, servants and/or employees without any negligence on the part of plaintiff's insured contributing thereto.

RELIEF:

WHEREFORE, Plaintiff demands judgment against defendants and each of them on the cause of action stated in the sum of $9,160.68, together with interest as allowed by law at the legal rate thereon, for costs of suit incurred herein; and for such other and further relief as the court may deem proper in the interests of justice.

Dated: December 22, 2020

**LAW OFFICE OF DARLENE ROHR**

By: /s/

Katie R. Aul (CSBN 306491)
Attorney for Plaintiff, GEICO Casualty Company

Office and PO Address:
14111 Danielson St., Suite 100
Poway, CA 92064
Ph. 858-513-5030